STATE OF NEW JERSEY v. RICHARD RAYMOND KRUSE.

March 11, 1986.

Petition for certification granted.

STATE OF NEW JERSEY v. MELVIN WIGGS.

March 11, 1986.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF G.P.

March 11, 1986.

Petition for certification denied.

CARTERET SAVINGS & LOAN ASSOCIATION, F.A. v.
BURTON R. DAVIS, ET AL.

March 11, 1986.

Petition for certification granted.